**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ONNIS LEONEL ZAMBRANO MOROCHO, | : | Civil No. 1:26-CV-01873 |
| Petitioner, | : | |
| v. | : | |
| WARDEN, PIKE COUNTY CORRECTIONAL FACILITY, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

**MEMORANDUM**

Before the court is a petition for writ of habeas corpus under 28 U.S.C. § 2241 filed by Onnis Leonel Zambrano Morocho ("Zambrano Morocho"). (Doc. 1.) Because Zambrano Morocho has been released from custody, the court finds that his petition is moot and will be dismissed.

On July 7, 2026, Zambrano Morocho filed this petition for writ of habeas corpus against several respondents, including the Warden of Pike County Correctional Facility (collectively, "Respondents"). (Doc. 1.) He argues that his continued detention without an individualized bond hearing violates his due process rights. (*Id.*) Respondents filed a response on July 23, 2026, advising the court that Zambrano Morocho was released on bond on July 20, 2026. (Doc. 7, p. 2; Doc. 7-1.)[1] Respondents submit that Zambrano Morocho's petition is now moot

[1] For ease of reference, the court uses the page numbers from the CM/ECF header.

and should be dismissed. (Doc. 7, pp. 2–3.) No traverse was filed by Zambrano Morocho. Thus, this petition is ripe for review.

Generally, a petition for habeas corpus becomes moot when the petitioner is released from custody before the petition has been addressed on the merits. *DeFoy v. McCullough*, 393 F.3d 439, 441 (2005) (citing *Lane v. Williams*, 455 U.S. 624, 631 (1982)). This is so because for a case or controversy to exist, the petitioner "must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Id.* (quoting *Lewis v. Cont'l Bank Corp.*, 494 U.S. 472, 477 (1990)). Here, even if Zambrano Morocho was successful on the merits of his petition, there is no action to be redressed by this court since Zambrano Morocho was released on bond, and he is no longer detained by Respondents. For this reason, Zambrano Morocho's petition is moot and will be dismissed.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: August 17, 2026